1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12   IGNACIO GARATE, on behalf of                Case No. 3:24-cv-0768-CAB-MSB
     himself and all others similarly situated,

13                                               [Assigned to Hon. Cathy Ann
                    Plaintiff,                    Bencivengo and Magistrate Hon.
14                                                Michael S. Berg]
              v.
15                                               **ORDER RE: AUTOMATIC STAY**
     LINCARE INC., a Delaware
16   Corporation; and DOES 1-50, inclusive,

17                  Defendants.                  Trial Date: None Set
                                                 Date Action Filed: March 27, 2024
18                                               Removal Filed: April 29, 2024

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 10, 2024, Defendant LINCARE INC. filed a NOTICE OF APPEAL FROM COURT'S ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION pursuant to 9 U.S.C. § 16(a). ECF 18. The filing of an interlocutory appeal on the question of arbitrability triggers an automatic stay of district court proceedings. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023).

As a result of the automatic stay, all deadlines and hearings that have previously been set are vacated.

The parties shall notify the Court within three business days of any decision or resolution of the appeal.

**IT IS SO ORDERED.**

Dated:  November 14, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge